UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**United States of America, ex rel.**
**David Stonebrook**

V.  CIVIL ACTION NO. <u>21-10866-DJC</u>

**Merck KGaA, Sigma-Aldrich**
**Corp., EMD Millopre, Research**
**Organics, LLC**

### ORDER OF DISMISSAL

CASPER, D.J.

In accordance with the Memorandum and Order dated March 15, 2024, the Court Orders that Defendants' Motion to Dismiss is Allowed and the above-entitle action be and hereby is DISMISSED.

March 15, 2024                                                      /s/ Haley Currie
                                                                              Deputy Clerk