IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID STONEBROOK, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK KGaA, DARMSTADT, GERMANY, SIGMA-ALDRICH CORP., EMD MILLIPORE CORP., AND RESEARCH ORGANICS, LLC, <br><br> Defendants. | Case No. 1:21-cv-10866-DJC <br><br> Hon. Denise J. Casper |

**DEFENDANTS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND COSTS**

Defendants Merck KGaA, Darmstadt, Germany ("MKDG"), Sigma-Aldrich Corporation ("Sigma-Aldrich"), EMD Millipore Corporation ("EMD Millipore"), and Research Organics LLC ("SAFC Cleveland"), by and through their attorneys, hereby move this Court to award attorneys' fees, expenses, and costs under the False Claims Act ("FCA"). 31 U.S.C. § 3730(d)(4).

As grounds for the Motion, Defendants rely on their supporting Memorandum of Law, together with the Declaration of Scott A. Memmott and accompanying exhibits.

WHEREFORE, Defendants respectfully request that the Court grant their Motion for Attorneys' Fees, Expenses, and Costs and allow Defendants to file submissions and briefing in support of an award thereof.

DATE:  March 29, 2024                                  Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Jonathan P. York*
Jonathan P. York (DC ID No. 1657875)
*Admitted Pro Hac Vice*
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
202.739.3000 (phone)
202.739.3001 (fax)
jonathan.york@morganlewis.com

Elizabeth M. Bresnahan (MA ID No. 672577)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
617.341.7700 (phone)
617.341.7701 (fax)
elizabeth.bresnahan@morganlewis.com

Scott. A. Memmott (DC ID No. 10406)
*Admitted Pro Hac Vice*
Paul D. Mayer (DC ID No. 1671773)
*Admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
202.739.3000 (phone)
202.739.3001 (fax)
scott.memmott@morganlewis.com
paul.mayer@morganlewis.com

*Attorneys for Defendants Sigma-Aldrich Corporation, Research Organics LLC and EMD Millipore Corporation, as well as Merck KGaA, Darmstadt, Germany (by special, limited appearance)*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this March 29, 2024, I caused a copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

              */s/ Jonathan P. York*
              Jonathan P. York

**RULE 7.1(a)(2) CERTIFICATE**

  I, Jonathan P. York, certify that counsel for Defendants has attempted in good faith to resolve or narrow the issues raised in this Motion, but due to confusion as to whether Plaintiff / Relator David Stonebrook continues to be represented by counsel in this matter, has been unable to do so. Defendants expect, however, that Mr. Stonebrook opposes this Motion.

              /s/ *Jonathan P. York*
              Jonathan P. York